Stephen STRAUSBAUGH, Petitioner,

v.

**GOVERNMENT PRINTING OFFICE, Respondent.**

No. 2012–3126.

United States Court of Appeals, Federal Circuit.

Sept. 17, 2012.

Stephen Strausbaugh, Carriere, MS, pro se.

Vincent De Paul Phillips, Jr., Trial Attorney, Department of Justice, Washington, DC, for Respondent.

**ORDER**

This appeal was docketed on April 27, 2012. The petitioner filed a motion for leave to proceed in Forma Pauperis, which was denied on August 29, 2012 and the petitioner was ordered to pay the docketing fee within 14 days. The docketing fee has not been paid.

Upon consideration thereof,

IT IS ORDERED THAT:

This appeal is dismissed for failure to prosecute. Any pending motions are denied as moot.